1  ALBERT F. DAVIS (State Bar No. 189703)
   A. F. DAVIS LAW
2  468 North Camden Drive, Suite 200
   Beverly Hills, California 90210
3  Telephone: (310) 860-7704
   Facsimile:  (323) 843-5399
4  Email: afd@davis-iplaw.com

E-FILED 08/13/09
JS-6

5  Attorneys for Plaintiffs
   ALBERT DAVIS and
6  DEBORAH DAVIS

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALBERT DAVIS, an individual; and
DEBORAH DAVIS, an individual,

   Plaintiffs,

   v.

JEANETTA M. STANDEFOR, an
individual; ACCELERATED
FUNDING GROUP, INC. and DOES
1-10, inclusive,

   Defendants,

   and

DARRELL R. DANSBY,

   Relief Defendant.

Case No. CV08-08056 PSG (JTLx)

JUDGMENT [~~PROPOSED~~]

This action came on for hearing before the Court on plaintiffs' motion for entry of default judgment and on plaintiffs' motion for pre- and post-judgment interest, District Judge Philip S. Gutierrez presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiffs Albert Davis and Deborah Davis recover from the defendants Jeanetta M. Standefor and Accelerated Funding Group, Inc. jointly and severally the amount of one hundred fifty seven thousand eight hundred ninety dollars ($157,890) along with costs, plus postjudgment interest at the rate set by 28 U.S.C. § 1961 on principal and costs from the date this judgment is entered until the date the defendants fully pay plaintiffs the entire amount of this judgment.

Dated:  8/13/09

**PHILIP S. GUTIERREZ**

Honorable Philip S. Gutierrez
United States District Judge