ALBERT F. DAVIS (State Bar No. 189703)
A. F. DAVIS LAW
468 North Camden Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 860-7704
Facsimile: (323) 843-5399
Email: afd@davis-iplaw.com

Attorneys for Plaintiffs
ALBERT DAVIS and
DEBORAH DAVIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALBERT DAVIS, an individual; and
DEBORAH DAVIS, an individual,

               Plaintiffs,

      v.

JEANETTA M. STANDEFOR, an
individual; ACCELERATED
FUNDING GROUP, INC. and DOES
1-10, inclusive,

               Defendants,

    and

 DARRELL R. DANSBY,

               Relief Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:08-CV-08056 PSG (JTLx)

[PROPOSED] RENEWAL OF
JUDGMENT

The Plaintiffs' Notice and Application to the Clerk to Enter Renewal of Judgment, regarding the judgment originally entered on August 13, 2009, has been considered and upon GOOD CAUSE APPEARING THEREFOR, it is ordered that:

The Judgment Creditors, Albert Davis and Deborah Davis, shall have a Renewal of Judgment against the Judgment Debtors Jeanetta M. Standefor and Accelerated Funding Group, Inc. jointly and severally in the amount of one hundred sixty-five thousand eight hundred sixty dollars ($165,860), plus interest until the date the defendants fully pay plaintiffs the entire amount of this judgment as follows:

Renewal of money judgment

|   |   |   |
|---|---|---|
| a. | Total judgment: | $157,890 |
| b. | Cost after judgment: | $465 |
| c. | Subtotal: | $158,355 |
| d. | Credits: | $0 |
| e. | Subtotal: | $158,355 |
| f. | Interest after judgment: | $7,360 |
| g. | Fee for filing renewal: | $0 |
| h. | **Total renewed judgment:** | **$165,860** |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Notice and Application for Renewal was filed.

Clerk, U.S. District Court

DATED: 2/19/19      By: PHILIP S. GUTIERREZ

~~Deputy Clerk~~ U.S. DISTRICT JUDGE